UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASHON J. STEVENSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | NO. CV 10-7845 FMO<br><br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the decision of the Commissioner of the Social Security Administration is affirmed.

Dated this 25th day of October, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　United States Magistrate Judge